UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61051-CIV-ALTONAGA/Goodman

**ABS-CBN CORPORATION,** *et al.*,

    Plaintiffs,
v.

**ABSCBN-TELESERYE.COM**, *et al.*,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court on Plaintiffs, ABS-CBN Corporation; ABS-CBN Film Productions, Inc. d/b/a Star Cinema; and ABS-CBN International's Motion for Final Default Judgment [ECF No. 39], regarding claims against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule A that operate websites that promote and perform pirated content using infringements of Plaintiffs' trademarks, pursuant to Rule 58 of the Federal Rules of Civil Procedure. For the reasons set forth in the Order [ECF No. 40] granting the Motion, entered separately on December 27, 2017, it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs, ABS-CBN Corporation; ABS-CBN Film Productions, Inc. d/b/a Star Cinema; and ABS-CBN International, and against Defendants as follows:

    1.    Permanent Injunctive Relief: Defendants and their respective officers, agents, representatives, servants, employees and attorneys, and all persons acting in concert and participation with Defendants are permanently restrained and enjoined from:

a. advertising, promoting, performing, copying, broadcasting, and/or distributing any of Plaintiffs' content or copyrighted works, including but not limited to those works identified in Paragraph 25 of the Complaint, Schedule "D" thereto [ECF No. 1], and in Exhibits 2 and 4 thereto [ECF Nos. 1-3 and 1-5];

b. advertising, promoting, offering, using, or causing to be advertised, promoted, or offered, services using Plaintiffs' registered or common law trademarks identified in Paragraphs 14 and 18 of the Complaint and in Schedules "B" and "C" thereto (the "ABS-CBN Marks");

c. using the ABS-CBN Marks in connection with any unauthorized services or performances of Plaintiffs' copyrighted works;

d. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants offered or promoted via the fully accessible Internet websites and supporting domains operating under their individual, partnership, and/or business association names identified on Schedule A (the "Subject Domain Names") and/or any other website, domain name, or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

e. falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

f. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any content or services of Defendants offered via the Subject Domain Names and/or any other

  website, domain name, or business, are in any way endorsed by, approved by, and/or associated with Plaintiffs;

g. using any reproduction, counterfeit, copy, or colorable imitation of the ABS-CBN Marks in connection with the publicity, promotion, distribution, or advertising of any content or services by Defendants via the Subject Domain Names and/or any other website, domain name, or business;

h. affixing, applying, annexing or using in connection with the promotion, distribution, or advertisement of any content or services, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' content or services offered by Defendants via the Subject Domain Names and/or any other website or business, as being connected with Plaintiffs, or in any way endorsed by Plaintiffs;

i. otherwise unfairly competing with Plaintiffs;

j. using the ABS-CBN Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants, including the Internet websites operating under the Subject Domain Names; and

    k.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2. Additional Equitable Relief: In order to give practical effect to the Permanent Injunction:

    a.    The Subject Domain Names are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control. To the extent the current Registrars do not facilitate the transfer of the domain names to Plaintiffs' control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiffs' choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiffs; and

    b.    Upon Plaintiffs' request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registry which link the Subject Domain Names to the IP addresses where the associated websites are hosted.

3. Statutory damages: In favor of Plaintiffs pursuant to 15 U.S.C. section 1117(c) are determined to be $1,200,000.00 against Defendants jointly and severally, for which let execution issue.

4. Statutory damages: In favor of Plaintiffs pursuant to 15 U.S.C. section 1117(d) are determined to be:

   a. $10,000.00 against abscbn-teleserye.com (Defendant 1), for which let execution issue;

5. Statutory damages: In favor of Plaintiffs pursuant to 17 U.S.C. section 504(c) are determined to be:

   a. $30,000.00 against cinepinoy.lol (Defendant 3), for which let execution issue;

   b. $30,000.00 against cinezen.me (Defendant 4), for which let execution issue;

   c. $30,000.00 against pinastvreplay.com (Defendant 14), for which let execution issue.

6. All funds currently restrained by the advertising services, networks, and/or platforms identified in Schedule "B" hereto (the "Advertising Services"), and their related companies and affiliates, pursuant to the temporary restraining order [ECF No. 9] and preliminary injunction [ECF No. 20] in this action are to be immediately (within five business days) transferred to Plaintiffs in partial satisfaction of the monetary judgment entered herein against each Defendant. The Advertising Services shall provide to Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiffs.

7. Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. section 1961.

8. The bond posted by Plaintiff in the amount of $10,000.00 is ordered to be released by the Clerk.

9. The Court retains jurisdiction to enforce the Final Judgment and Permanent Injunction.

10. The Clerk shall mark this case as **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of December, 2017.

*[signature]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME**

| Def. No. | Subject Domain Name |
|---|---|
| 1 | abscbn-teleserye.com |
| 2 | astigvideos.com |
| 3 | cinepinoy.lol |
| 3 | cinepinoy.ag |
| 3 | pinoyflix.ag |
| 3 | pinoyflix.lol |
| 4 | cinezen.me |
| 5 | dramascools.com |
| 6 | dramasget.com |
| 8 | frugalpinoytv.org |
| 9 | lambingan.cn |
| 10 | pinoylambingan.ph |
| 10 | lambingan.io |
| 11 | lambingans.net |
| 12 | latestpinoymovies.com |
| 13 | pinasnews.net |
| 14 | pinastvreplay.com |
| 15 | pinoybay.ch |
| 16 | pinoychannel.me |
| 17 | pinoydailyshows.com |
| 18 | pinoyplayback.net |
| 19 | pinoytvshows.net |
| 19 | pinoytv-shows.net |
| 20 | rondownload.net |
| 21 | sarapmanood.com |
| 22 | tambayanshow.net |
| 23 | thelambingan.com |
| 24 | tvnijuan.org |
| 25 | tvtambayan.org |
| 26 | vianowpe.com |
| 27 | weeklywarning.org |
| 27 | weeklywarning.com |

## SCHEDULE "B"
### DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME, ADVERTISING ACCOUNT INFORMATION, AND ASSOCIATED E-MAIL ADDRESSES

| Def. No. | Subject Domain Name | Advertising Service/Platform | Account Identifier | Associated E-mail Address(es) |
|---|---|---|---|---|
| 1 | abscbn-teleserye.com | Google AdSense Google, Inc. | ca-pub-8363670849262616 | 06zqahjcbmzc@contactprivacy.email |
| 2 | astigvideos.com | Google AdSense Google, Inc. | ca-pub-8363670849262616 | nnfnbbvqo6vh@contactprivacy.email |
| 3 | cinepinoy.lol | N/A | N/A | contact@privacyprotect.org |
| 3 | cinepinoy.ag | N/A | N/A | contact@domainprivacyprotect.info |
| 3 | pinoyflix.ag | N/A | N/A | contact@privacyprotect.org |
| 3 | pinoyflix.lol | N/A | N/A | 4a3ad9e50259ad26820080a38af7651a-2628172@contact.gandi.net |
| 4 | cinezen.me | adskeeper.co.uk, Hardware Solution Limited | cinezen.me.122875 | 4a3ad9e50259ad26820080a38af7651a-2628172@contact.gandi.net |
| 4 | cinezen.me | popads.net, Tomksoft S.A. | N/A | 4a3ad9e50259ad26820080a38af7651a-2628172@contact.gandi.net |
| 5 | dramascools.com | Google AdSense Google, Inc. | ca-pub-2367658883843972 | payments@pakihosting.com |
| 6 | dramasget.com | revcontent.com, Revcontent, LLC | N/A | dramasget.com@domainsbyproxy.com |
| 8 | frugalpinoytv.org | popads.net, Tomksoft S.A. | var pmauid = '32157'; var pmawid = '30857'; | thefrugalpinoytv@gmail.com |
| 9 | lambingan.cn | h12-media.com, H12 UK LTD | N/A | admin@nicenic.net |

8

CASE NO. 17-61051-CIV-ALTONAGA/Goodman

| Def. No. | Subject Domain Name | Advertising Service/Platform | Account Identifier | Associated E-mail Address(es) |
|---|---|---|---|---|
| 10 | lambingan.io | adskeeper.co.uk, Hardware Solution Limited | lambingan.io.123723 | N/A |
| 10 | lambingan.io | popads.net, Tomksoft S.A. | N/A | N/A |
| 10 | pinoylambingan.ph | Redirects to lambingan.io | N/A | dol...@... |
| 11 | lambingans.net | Google AdSense Google, Inc. | ca-pub-1865856426290995 | usaking73@gmail.com |
| 12 | latestpinoymovies.com | Google AdSense Google, Inc. | ca-pub-6712270727944137 | 86bc3894580e4338b4ef958efee7669a.protect@whoisguard.com |
| 13 | pinasnews.net | popads.net, Tomksoft S.A. | N/A | contact@privacyprotect.org |
| 14 | pinastvreplay.com | popads.net, Tomksoft S.A. | N/A | contact@privacyprotect.org |
| 15 | pinoybay.ch | N/A | N/A | N/A |
| 16 | pinoychannel.me | revcontent.com, Revcontent, LLC | N/A | sakhani@live.com |
| 17 | pinoydailyshows.com | Google AdSense Google, Inc. | ca-pub-6409372530626142 | rajaraveendrareddy.peram@gmail.com |
| 18 | pinoyplayback.net | Google AdSense Google, Inc. | ca-pub-1714538266441049 | contact@privacyprotect.org |
| 19 | pinoytvshows.net | Redirects to pinoytv-shows.net | N/A | fahimtaunsvi@gmail.com |
| 19 | pinoytv-shows.net | Google AdSense Google, Inc. | ca-pub-1677375562727935 | herpalasif@gmail.com |
| 20 | rondownload.net | bidvertiser.com, Bpath, LTD. | pid=413907&bid=1500012 | D6A727F1133F4661B96CB83A5B2C9F20.PROTECT@WHOISGUARD.COM |
| 21 | sarapmanood.com | Google AdSense Google, Inc. | ca-pub-3102114826829472 | e14fcd7e4f2543eaac7ebebaf643d10e.protect@whoisguard.com |

| Def. No. | Subject Domain Name | Advertising Service/Platform | Account Identifier | Associated E-mail Address(es) |
|---|---|---|---|---|
| 22 | tambayanshow.net | adnow.com, Adnow LLP | 340913 | contact@privacyprotect.org |
| 22 | tambayanshow.net | popads.net, Tomksoft S.A. | N/A | contact@privacyprotect.org |
| 23 | thelambingan.com | mgid.com, MGID Inc. MGID UA | N/A | apnapakforum@gmail.com |
| 24 | tvnijuan.org | mgid.com, MGID Inc. MGID UA | N/A | fastchannels@gmail.com |
| 25 | tvtambayan.org | mgid.com, MGID Inc. MGID UA | N/A | tvtambayan.org@domainsbyproxy.com |
| 26 | vianowpe.com | Google AdSense Google, Inc. | ca-pub-7075767950562858 | johnweston772@gmail.com |
| 27 | weeklywarning.org | Redirects to weeklywarning.com | N/A | shankarr1555@gmail.com |
| 27 | weeklywarning.com | popads.net, Tomksoft S.A. | N/A | ultimategangster1993@gmail.com |